UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Richard Cobbins
                Plaintiff,

v.                                    Case No.: 1:16–cv–11400
                                        Honorable Robert M. Dow Jr.

Jewel–Osco
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 13, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the parties' stipulation to dismiss [34] filed on 4/4/2018, this action is dismissed with prejudice with each party to bear its own costs and fees. All deadlines and motions are terminated as moot. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.